IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTOPHER BRAD BUCHANAN                   PLAINTIFF

V.                                              CIVIL ACTION NO. 1:05CV330-D-B

JIM JOHNSON; et al.                              DEFENDANTS

## FINAL JUDGMENT

On consideration of the file and records in this action, including the Report and Recommendation that the United States Magistrate Judge entered in this cause on March 22, 2006, and the objections to the Report and Recommendation submitted by the Plaintiff, the court finds that the objections shall be overruled and that the Report and Recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED** that:

1. The subject Report and Recommendation of the Magistrate Judge is hereby APPROVED AND ADOPTED as the opinion of the court; and

2. the Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this case is CLOSED.

THIS, the 10th day of April 2006.

/s/ Glen H. Davidson
Chief Judge